UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **BRIAN CRAIG,** <br><br> *Plaintiff,* <br><br> v. <br><br> **TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE and DMITRI L. STOCKTON,** <br><br> *Defendants.* | Case No. 2:23-CV-599-JLB-KCD |

## MOTION FOR SPECIAL ADMISSION

Pursuant to Local Rule 2.01(c), Gene P. Hamilton, Esquire, respectfully moves for special admission to represent Plaintiff Brian Craig, in this action. In support of this motion, the undersigned states:

I am an attorney with the America First Legal Foundation in Washington, D.C. I am a graduate of the Washington and Lee School of Law. I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of the bars of the following United States District and Circuit courts:

| COURT ADMISSIONS | | |
|---|---|---|
| Court | Admissions Date | Active/Inactive |
| Virginia Bar (#80434) | 10/20/2010 | Active |
| District of Columbia Bar (#1619548) | 4/15/2022 | Active |
| Georgia Bar (#516201) | 5/18/2022 | Active |
| Supreme Court of the United States | 2/28/2022 | Active |
| U.S. Court of Appeals for the First Circuit | 11/17/2020 | Active |
| U.S. Court of Appeals for the Third Circuit | 09/08/2022 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 2/15/2023 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 8/24/2020 | Active |
| U.S. Court of Appeals for the Sixth Circuit | 7/6/2023 | Active |
| U.S. Court of Appeals for the Seventh Circuit | 4/7/2023 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 10/02/2018 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 5/31/2022 | Active |
| U.S. Court of Appeals for the District of Columbia Circuit | 07/05/2022 | Active |
| U.S. District Court for the District of Columbia | 06/08/2022 | Active |
| U.S. District Court for the Middle District of Georgia | 5/27/2022 | Active |
| U.S. District Court for the Northern District of Georgia | 5/27/2022 | Active |
| U.S. District Court for the Northern District of Texas | 5/21/2021 | Active |
| U.S. District Court for the Southern District of Texas | 1/30/2023 | Active |
| U.S. District Court for the Eastern District of Virginia | 3/7/2023 | Active |
| U.S. District Court for the Western District of Virginia | 3/7/2023 | Active |

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

**None.**

I am familiar with and will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/Gene P. Hamilton*
Gene P. Hamilton

Respectfully submitted,

| | |
|---|---|
| /s/ JASON GONZALEZ | JONATHAN BERRY* |
| JASON GONZALEZ | *LEAD COUNSEL* |
| FLORIDA BAR NO: 014654 | R. TRENT MCCOTTER* |
| PAUL C. HUCK, JR. | BOYDEN GRAY PLLC |
| FLORIDA BAR NO: 968358 | 801 17th Street N.W., Suite 350 |
| SAMUEL J. SALARIO, JR. | Washington, DC 20006 |
| FLORIDA BAR NO: 083460 | (202) 706-5488 |
| LAWSON HUCK GONZALEZ, PLLC | |
| 215 South. Monroe Street, Suite 320 | GENE P. HAMILTON* |
| Tallahassee, Florida 32301 | REED D. RUBINSTEIN* |
| (850) 825-4334 | AMERICA FIRST LEGAL FOUNDATION |
| | 611 PENNSYLVANIA AVENUE, S.E. |
| *Applications for admission *pro hac vice* pending. | NO. 231 |
| | WASHINGTON, DC 20003 |
| | (202)964-3721 |

*Counsel for Plaintiffs*

## Local Rule 3.01(g) Certification

Counsel for defendants have not filed an appearance in this matter, therefore, movant has not conferred with the opposing party regarding their position on this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on August 23, 2023, to all counsel of record.

/s/ JASON GONZALEZ
Jason Gonzalez

4