UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN CRAIG,

    Plaintiff,

v.     Case No.:  2:23-cv-599-JLB-KCD

TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR , GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE and DMITRI L. STOCKTON,

    Defendants.
_____/

## **ORDER**

The parties move to stay discovery under the Private Securities Litigation Reform Act of 1995. (Doc. 40.) They say such relief is "mandatory and automatic" under 15 U.S.C. § 77z-1(b)(1) because a motion to dismiss is pending. (*Id.* at 2.)

Although everyone agrees to the relief sought, there is a fly in the ointment. By its plain terms, § 77z-1 only applies to "private action[s] . . . that

[are] *brought as a plaintiff class action.*" (*Id.* § 77z-1(a)(1) (emphasis added).) This is not a class action. (*See* Doc. 1.)

Since § 77z-1 is the only authority cited for the stay, and it seems unavailable, the Court requires additional briefing. By November 15, 2023, the parties must file a supplemental brief that explains how § 77z-1 applies to the facts pled.

**ORDERED** in Fort Myers, Florida on November 9, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record