IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:23-cv-599-JLB-KCD

BRIAN CRAIG, *et al.*,

*Plaintiffs*,

v.

TARGET CORPORATION, *et al.*,

*Defendants*.

### NOTICE REGARDING DEFENDANTS' REQUESTS FOR REPLY BRIEFS

Defendants recently asked for permission to file two reply briefs in this matter. Plaintiffs consented to those requests. To be clear, however, Plaintiffs did not agree to any particular page length. Defendants ask for ten and twenty pages, respectively, for those replies. Local Rule 3.01(d) states that "[t]he reply must not exceed seven pages inclusive of all parts." That is the length Plaintiffs believe is appropriate.

Respectfully submitted,

| | |
|---|---|
| Jason B. Gonzalez (FBN 146854)<br>Paul C. Huck, Jr. (FBN: 968358)<br>Samuel J. Salario, Jr. (FBN: 083460)<br>Lawson Huck Gonzalez, PLLC<br>215 S. Monroe Street, Suite 320<br>Tallahassee, Florida 32301<br>(850) 825-4334<br>jason@lawsonhuckgonzalez.com | /s/ Jonathan Berry<br>Jonathan Berry (pro hac vice)<br>    *Lead Counsel*<br>R. Trent McCotter (pro hac vice)<br>Andrew W. Smith (pro hac vice)<br>Caleb Orr (pro hac vice)<br>Boyden Gray PLLC<br>801 17th St. NW, #350<br>Washington, DC 20006<br>(202) 955-0620<br>jberry@boydengray.com<br><br>Gene P. Hamilton (pro hac vice)<br>Reed D. Rubinstein (pro hac vice)<br>Andrew J. Block<br>America First Legal Foundation<br>611 Pennsylvania Avenue S.E.<br>No. 231<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I filed the foregoing via the Court's CM/ECF system, which will serve all counsel.

*/s/ Jonathan Berry*
JONATHAN BERRY
