**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:    2:23-cv-599-JLB-KCD | DATE:   May 22, 2024 |
|---|---|
| **HONORABLE JOHN L. BADALAMENTI** | |

| | |
|---|---|
| **Brian Craig et al** | **PLAINTIFF COUNSEL:**<br>Jonathan Berry<br>Caleb Orr |
| **v.** | |
| **Target Corporation et al** | **DEFENSE COUNSEL:**<br>Sandra Goldstein<br>Alexander J. Rodney<br>Ashley P. Grolig<br>Jacob M. Rae<br>Jeffrey P. Justman<br>Sandra D. Grannum<br>Traci McKee |

| **COURT REPORTER:** | **DEPUTY CLERK:** | Jeremiah Smith |
|---|---|---|
| **TIME:**  1:33 PM – 2:06 PM 2:17 PM – 4:10 PM 4:32 PM – 5:35 PM<br>**TOTAL:**  4 Hours 51 Minutes | **COURTROOM:** | 9B |

**PROCEEDINGS:**    DEFENDANTS' MOTION TO TRANSFER (Doc. 68)

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT (Doc 70.)**

**PLAINTIFFS' MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO TRANSFER (Doc. 73)**

Court in session.

Counsel enters appearances.

The court hears oral arguments on the motions.

The Court takes the oral arguments under advisement.

The Court will enter an order to follow.