**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

BRIAN CRAIG, CAROL BOWE, INSPIRE ADVISORS, LLC, STEVEN COOK, AND LAURA THOMPSON,

*Plaintiffs*,

v.

TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, and DMITRI L. STOCKTON,

*Defendants*.

No.: 2:23-cv-599-JLB-KCD

**DEFENDANTS' NOTICE OF SUPPLEMENTAL FACTS SUBJECT TO JUDICIAL NOTICE FROM TARGET'S 2024 SHAREHOLDER MEETING**

In further support of their Motion to Dismiss the Amended Complaint (Dkt.70), Defendants file this Notice to inform the Court of the voting results from the 2024 Annual Meeting of Shareholders for Target Corporation ("Target").

In the Amended Complaint, Plaintiffs asked the Court for "[a] declaration that Target's 2023 director election was void." (Dkt.52, at 161.) Plaintiffs noted in their Opposition to Defendants' Motion to Dismiss the Amended Complaint that "[c]hallenges that would void director elections remain live until the directors have

been subsequently re-elected to new terms." (Dkt.82, at 44 n.21 (citing *Gen. Elec. Co. by Levit v. Cathcart*, 980 F.2d 927, 934 (3d Cir. 1992)).) On June 14, 2024, Target announced in a current report filed on Form 8-K with the SEC that shareholders re-elected Target's 2023 Board of Directors, including Defendant Cornell, concluding the term of the 2023 Board of Directors. Target Corp., Current Report (Form 8-K) (June 14, 2024) ("Form 8-K").[1] All of the members of the 2023 Board of Directors were re-elected by between 94.9% and 99.3% of the shareholder vote. *Id.*

In addition, in the Amended Complaint, Plaintiffs asked the Court for "[p]ermanent injunctive relief requiring Target and Defendants who are current Target directors to comply with Section 14(a) of the Exchange Act . . . by fully disclosing their plans and purposes concerning their monitoring of ESG/DEI backlash risk in the upcoming 2024 annual proxy statement…." (Dkt.52, at 161.) Target issued the 2024 annual proxy statement on April 29, 2024 (the "2024 Proxy"). Target Corp., Proxy Statement (Schedule 14A) (Apr. 29, 2024). Among the proposals from shareholders in the 2024 Proxy was a request that Target "issue a report examining the risks to the financial sustainability and reputation of [Target] arising from its partnerships with, charitable contributions to, and other support for divisive social and political organizations and causes…." *Id.* at 84. On June 14, 2024, Target announced that its shareholders rejected that proposal by 95.6% of the shareholder vote. Form 8-K, *supra*.

[1] SEC filings and judicially noticeable facts must be considered on a motion to dismiss under the PSLRA. (Dkt.70, at 3 n.2 (citing *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322-23 (2007)).)

Date: June 20, 2024

Respectfully submitted,

/s/ Sandra C. Goldstein
Sandra C. Goldstein, P.C. (*pro hac vice*)
*Lead Counsel*
Alexander J. Rodney (*pro hac vice*)
Jacob M. Rae (*pro hac vice*)
Ashley P. Grolig (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4779
sandra.goldstein@kirkland.com
alexander.rodney@kirkland.com
jacob.rae@kirkland.com
ashley.grolig@kirkland.com

Traci T. McKee
FAEGRE DRINKER BIDDLE & REATH LLP
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Telephone: (239) 286-6910
traci.mckee@faegredrinker.com

Jeffrey P. Justman (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
jeff.justman@faegredrinker.com

Sandra Grannum (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
sandra.grannum@faegredrinker.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Sandra C. Goldstein
Sandra C. Goldstein, P.C. (*pro hac vice*)
*Lead Counsel*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4779
sandra.goldstein@kirkland.com