IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:23-cv-599-JLB-KCD

BRIAN CRAIG, *et al.*,

*Plaintiffs*,

v.

TARGET CORPORATION, *et al.*,

*Defendants*.

## MOTION TO WITHDRAW CALEB ORR AS COUNSEL

Plaintiffs' counsel Caleb Orr respectfully moves to withdraw as counsel in this case because he will be leaving his employment with Boyden Gray PLLC. Plaintiffs will continue to be represented by Jonathan Berry, R. Trent McCotter, and Andrew W. Smith of Boyden Gray PLLC, by Gene P. Hamilton, Reed D. Rubinstein, and Andrew J. Block of America First Legal Foundation, and by Jason B. Gonzalez, Paul C. Huck, Jr., and Samuel J. Salario of Lawson Huck Gonzalez, PLLC.

August 22, 2024

Respectfully submitted,

/s/ Caleb Orr

| | |
|---|---|
| Jason B. Gonzalez (FBN: 146854) | Jonathan Berry (pro hac vice) |
| Paul C. Huck, Jr. (FBN: 968358) | *Lead Counsel* |
| Samuel J. Salario, Jr. (FBN: 083460) | R. Trent McCotter (pro hac vice) |
| Lawson Huck Gonzalez, PLLC | Andrew W. Smith (pro hac vice) |
| 215 S. Monroe Street, Suite 320 | Caleb Orr (pro hac vice) |
| Tallahassee, Florida 32301 | Boyden Gray PLLC |
| (850) 825-4334 | 801 17th St. NW, #350 |
| jason@lawsonhuckgonzalez.com | Washington, DC 20006 |

(202) 955-0620
jberry@boydengray.com

Gene P. Hamilton (pro hac vice)
Reed D. Rubinstein (pro hac vice)
Andrew J. Block (pro hace vice)
America First Legal Foundation
611 Pennsylvania Avenue S.E.
No. 231
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

| | |
|---|---|
| August 22, 2024 | /s/ Caleb Orr |
| | Caleb Orr |

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

I certify that Plaintiffs consent to this withdrawal.

| | |
|---|---|
| August 22, 2024 | /s/ Caleb Orr |
| | Caleb Orr |

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that, on August 22, 2024, I conferred with Defendants' counsel to discuss this motion. Defendants stated on August 22 that they do not oppose this relief.

| | |
|---|---|
| August 22, 2024 | /s/ Caleb Orr |
| | Caleb Orr |