IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| CITY OF RIVIERA BEACH POLICE PENSION FUND,<br><br>   *Plaintiff*,<br>v.<br><br>TARGET CORPORATION, *et al.*,<br><br>   *Defendants*. | No. 2:25-cv-00085-JLB-KCD |
| STATE BOARD OF ADMINISTRATION OF FLORIDA,<br><br>   *Plaintiff*,<br>v.<br><br>TARGET CORPORATION, *et al.*,<br><br>   *Defendants*. | No. 2:25-cv-00135-JLB-KCD |
| BRIAN CRAIG, *et al.*,<br><br>   *Plaintiffs*,<br>v.<br><br>TARGET CORPORATION, *et al.*,<br><br>   *Defendants*. | No. 2:23-cv-00599-JLB-KCD |

**STATE BOARD OF ADMINISTRATION OF FLORIDA'S REQUEST FOR ORAL ARGUMENT ON CROSS-MOTIONS FOR LEAD PLAINTIFF AND LEAD COUNSEL APPOINTMENT**

1

Pursuant to Local Rule 3.01(h), the State Board of Administration of Florida ("SBA") respectfully requests oral argument on its motion for lead plaintiff appointment and lead counsel appointment, ECF No. 41,[1] and on the State Teachers Retirement System of Ohio's ("OSTRS") motion for lead plaintiff appointment and lead counsel appointment, ECF No. 42, which SBA is opposing contemporaneously with the filing of this notice. SBA requests a total of 60 minutes for oral argument on both motions.

In support of its request, SBA notes that its response to OSTRS's lead plaintiff motion raises important issues that call into questions OSTRS's adequacy to serve as lead plaintiff for this class action. SBA further notes that this court often holds hearings to aid its evaluation of lead plaintiff motions. *See, e.g.*, *Palm Beach Police & Firefighters' Pension Fund v. Fidelity Nat'l Info. Servs.*, No. 3:23-cv-252, 2023 WL 3891520, at *1 (M.D. Fla. June 8, 2023); *In re Tupperware Brands Corp. Sec. Litig.*, No. 6:20-cv-357-ORL-31GJK, 2020 WL 3259749, at *1 (M.D. Fla. May 27, 2020); *Plumbers & Pipefitters Local 51 Pension Fund v. Darden Rest.*, No. 6:08-cv-388-ORL-19DAB, 2008 WL 2608111, at *1 (M.D. Fla. July 1, 2008).

---

[1] Unless otherwise specified, "ECF No." refers to the docket in *City of Riviera Beach Police Pension Fund v. Target Corp.*, No. 2:25-cv-00085 (M.D. Fla.).

## CONCLUSION

For the foregoing reasons, SBA respectfully requests a total of 30 minutes for oral argument on the cross-motions for lead plaintiff appointment and lead counsel appointment in this case.

Dated: April 15, 2025

Respectfully submitted,

/s/ Jonathan Berry

| | |
|---|---|
| JAMES UTHMEIER (FBN: 113156)<br>Attorney General<br>State of Florida<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-330 | JONATHAN BERRY (*pro hac vice*)<br>LEAD COUNSEL<br>ANDREW W. SMITH (*pro hac vice*)<br>Boyden Gray PLLC<br>800 Connecticut Avenue NW<br>Suite 900<br>Washington, DC 20006<br>(202) 955-0620<br>jberry@boydengray.com |
| PAUL C. HUCK, JR. (FBN: 968358)<br>SAMUEL J. SALARIO, JR. (FBN: 083460)<br>JASON B. GONZALEZ (FBN: 146854)<br>Lawson Huck Gonzalez, PLLC<br>215 S. Monroe Street, Suite 320<br>Tallahassee, FL 32301<br>(850) 825-4334<br>jason@lawsonhuckgonzalez.com | ANDREW J. BLOCK (*pro hac vice*)<br>America First Legal Foundation<br>611 Pennsylvania Avenue S.E.<br>No. 231<br>Washington, D.C. 20003<br>(202) 964-3721<br>andrew.block@aflegal.org |

*Counsel for State Board of Administration of Florida*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

/s/ Jonathan Berry
JONATHAN BERRY (*pro hac vice*)
LEAD COUNSEL
Boyden Gray PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com