UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN      CRAIG,      LAURA
THOMPSON,    STEVEN    COOK,
CAROL     BOWE,     INSPIRE
ADVISORS, LLC, STATE BOARD
OF      ADMINISTRATION      OF
FLORIDA,

       Plaintiffs,

    v.

TARGET CORPORATION, BRIAN
C. CORNELL, DAVID P. ABNEY,
DOUGLAS M. BAKERJR, GEORGE
S.      BARRETT,      GAIL      K.
BOUDREAUX,      ROBERT      L.
EDWARDS, MELANIE L. HEALEY,
DONALD R. KNAUSS, CHRISTINE
A. LEAHY, MONICA C. LOZANO,
GRACE PUMA, DERICA W. RICE,
DMITRI L. STOCKTON, MARY E.
MINNICK,

       Defendants,

_____/

Case No. 2:23-CV-00599-JLB-KCD

| Judge: | Kyle C. Dudek | Counsel for Plaintiff | Trent McCotter |
|---|---|---|---|
| Deputy Clerk: | Courtney Ward | Counsel for Defendant: | Sandra Goldstein Alex Rodney Traci McKee |
| Court Reporter | Digital | Interpreter | |
| Date/Time | April 22, 2025 2:00 PM | Total Time | 2:00 PM-2:05 PM 5 minutes |

## <u>CLERK'S MINUTES – ZOOM STATUS CONFERENCE</u>

Counsel appears.

The Court addresses the status of the case, the possible amendment of the Complaint, and the possible consolidation.
Attorney McCotter responds.
Attorney Goldstein responds.
The Court makes final remarks and adjourns the hearing at 2:05 PM.