IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:23-cv-599-JLB-KCD

BRIAN CRAIG, *et al.*,

*Plaintiffs*,

v.

TARGET CORPORATION, *et al.*,

*Defendants.*

## MOTION TO WITHDRAW ANDREW SMITH AS COUNSEL

Plaintiffs' counsel Andrew W. Smith respectfully moves to withdraw as counsel in this case because he will be leaving his employment with Boyden Gray PLLC. Plaintiff will continue to be represented by Jonathan Berry and Trent McCotter of Boyden Gray PLLC, by Andrew J. Block of America First Legal Foundation, and by Jason B. Gonzalez, Paul C. Huck, Jr., and Samuel J. Salario of Lawson Huck Gonzalez, PLLC.

June 12, 2025

Respectfully submitted,

/S/ ANDREW W. SMITH

JASON B. GONZALEZ (FBN: 146854)
PAUL C. HUCK, JR. (FBN: 968358)
SAMUEL J. SALARIO, JR. (FBN: 083460)
LAWSON HUCK GONZALEZ, PLLC
215 S. Monroe Street, Suite 320
Tallahassee, Florida 32301
(850) 825-4334
jason@lawsonhuckgonzalez.com

JONATHAN BERRY (*pro hac vice*)
R. TRENT MCCOTTER (*pro hac vice*)
ANDREW W. SMITH (*pro hac vice*)
Boyden Gray PLLC
800 Connecticut Avenue NW
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com

A&NBSP;NDREW J. B&NBSP;LOCK (*pro hace vice*)
America First Legal Foundation
611 Pennsylvania Avenue S.E.
No. 231
Washington, DC 20003
(202) 964-3721
andrew.block@aflegal.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

June 12, 2025                                     */s/ Andrew W. Smith*
                                                  Andrew W. Smith

## **LOCAL RULE 2.02(c)(1)(B) CERTIFICATION**

I certify that Plaintiffs consent to this withdrawal.

June 12, 2025                                     */s/ Andrew W. Smith*
                                                  Andrew W. Smith

## **LOCAL RULE 3.01(g) CERTIFICATION**

I certify that, on June 11, 2025, I conferred with Defendants' counsel to discuss this motion. Defendants stated that they do not oppose this relief.

June 12, 2025                                     */s/ Andrew W. Smith*
                                                  Andrew W. Smith